In re:                                                                                    Case No. 25-10426-BKM

FAHIMA ZAIDI FONSECA-RUIZ                                                Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                          User: admin                          Page 1 of 3

Date Rcvd: Feb 09, 2026                     Form ID: 318                    Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | FAHIMA ZAIDI FONSECA-RUIZ, 1431 S. WAYNE DR, CHANDLER, AZ 85286-1264 |
| cr | + | Mercedes-Benz Financial Services USA LLC, BALL SANTIN & MCLERAN PLC, 2999 N. 44th St. Suite 500, Phoenix, AZ 85018-7252 |
| 17936555 | + | Arizona Estates Home Owners Association, c/o PMG Services, 1839 S ALMA SCHOOL RD #150, Mesa AZ 85210-3061 |
| 17936559 | | Cherry Technologies, Po Box 122258, Dallas TX 75312-2258 |
| 17950404 | + | Mercedes-Benz Financial Services USA LLC, Ball, Santin & McLeran, PLC, 2999 N. 44th Street, Suite 500, Phoenix, Arizona 85018-7252 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDABIRDSELL | Feb 10 2026 03:49:00 | DAVID A. BIRDSELL, David A. Birdsell, Bankruptcy Trustee, 216 N Center St, Mesa, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Feb 10 2026 03:49:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | | Email/Text: notices@bkservicing.com | Feb 09 2026 23:01:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| 17936553 | | Email/Text: financialresolutiondepartment@azcentralcu.org | Feb 09 2026 23:00:00 | Arizona Central Credit Union, P.O. Box 11650, Phoenix AZ 85061 |
| 17941074 | + | EDI: AZDEPREV.COM | Feb 10 2026 03:49:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Collections, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 17936551 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 09 2026 23:15:38 | Affirm, Inc., 633 Folsom St., FL 7, San Francisco CA 94107-3618 |
| 17936552 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 09 2026 23:00:00 | Apple Card/GS Bank, USA, P.O. Box 7247, Philadelphia PA 19170-0001 |
| 17936554 | + | EDI: AZDEPREV.COM | Feb 10 2026 03:49:00 | Arizona Department of Revenue, Bankruptcy Unit, 7th Floor, 1600 W. Monroe Street, Phoenix AZ 85007-2612 |
| 17936556 | + | EDI: BANKAMER | Feb 10 2026 03:49:00 | Bank of America, P.O. Box 15284, Wilmington DE 19850-5284 |
| 17936561 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 09 2026 23:00:00 | Credit Corp Solutions, Inc, 63 E 11400 South #408, Sandy UT 84070 |
| 17936557 | + | EDI: CAPITALONE.COM | Feb 10 2026 03:49:00 | Capital One, P.O. Box 60599, City of Industry CA 91716-0599 |
| 17936560 | + | EDI: WFNNB.COM | Feb 10 2026 03:49:00 | Comenity Bank/ANTYLRMC, PO Box 182789, Columbus OH 43218-2789 |
| 17936562 | + | Email/Text: EBN@edfinancial.com | Feb 09 2026 23:00:00 | EDFinancial Services, LLC, P.O. Box 36008, Knoxville TN 37930-6008 |

| 17936565 | | Email/Text: ben.meyer@gcu.edu | Feb 09 2026 23:00:00 | Grand Canyon University, 3300 West Camelback Road, Phoenix AZ 85017 |
|---|---|---|---|---|
| 17936566 | + | EDI: IRS.COM | Feb 10 2026 03:49:00 | Internal Revenue Service, Central Insolvency Operations, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 17936568 | + | EDI: JPMORGANCHASE | Feb 10 2026 03:49:00 | JPMCB Card, P.O. Box 15298, Wilmington DE 19850-5298 |
| 17936567 | + | Email/Text: Mailreview@jmlaw.com | Feb 09 2026 23:02:00 | Johnson Mark, LLC, P.O. Box 7811, Sandy UT 84091-7811 |
| 17936569 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 23:15:37 | LVNV Funding, LLC, PO Box 10497, Greenville SC 29603-0497 |
| 17936570 | + | EDI: MERCEDES | Feb 10 2026 03:49:00 | Mercedes Benz Financial, P.O. Box 685, Roanoke TX 76262-0685 |
| 17936572 | | Email/Text: bankruptcy@self.inc | Feb 09 2026 23:00:00 | Self Financial/Lead Bank, 1801 Main Street, Kansas City MO 64108 |
| 17936571 | + | Email/Text: san_marcos@mcjc.maricopa.gov | Feb 09 2026 23:01:00 | San Marcos Justice Court, 201 E. Chicago Street Ste. 103, Chandler AZ 85225-8502 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17936558 | *+ | Capital One, P.O. Box 60599, City of Industry CA 91716-0599 |
| 17936563 | *+ | EDFinancial Services, LLC, P.O. Box 36008, Knoxville TN 37930-6008 |
| 17936564 | *+ | EDFinancial Services, LLC, P.O. Box 36008, Knoxville TN 37930-6008 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM B. NACH | on behalf of Trustee DAVID A. BIRDSELL adam.nach@lane-nach.com helen.santilli@nrhslaw.com,becca.casteel@nrhslaw.com,docket@NRHSLaw.com,danica.acosta@nrhslaw.com,kay.lucas@nrhslaw.com |
| DAVID A. BIRDSELL | ecf@azbktrustee.com  response@azbktrustee.com,AZ15@ecfcbis.com |
| JAMES B. BALL | |

on behalf of Creditor Mercedes-Benz Financial Services USA LLC ball@bsmplc.com  bkecf@bsmplc.com

SANDRA C. OSWALT

on behalf of Debtor FAHIMA ZAIDI FONSECA-RUIZ sandra@oswaltlawgroup.com
notice@oswaltlawgroup.com,ecf@oswaltlawgroup.com,OswaltLawGroup@jubileebk.net

U.S. TRUSTEE

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | FAHIMA ZAIDI FONSECA-RUIZ | Social Security number or ITIN   xxx-xx-6870 |
| | First Name   Middle Name   Last Name | EIN   _ _ - _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ - _ _ _ _ _ _ _ |

United States Bankruptcy Court   District of Arizona

Case number:   2:25-bk-10426-BKM

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

FAHIMA ZAIDI FONSECA-RUIZ
aka FAHIMA A ZAIDI

2/9/26

**By the court:**  Brenda K. Martin
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**